Commonwealth *v.* Constantine, Appellant.

Argued April 10, 1974. *Dante G. Bertani,* Public Defender, with him *Alfred B. Bell,* Assistant Public Defender, for appellant; *Patrick H. Mahady,* Assistant District Attorney, with him *Albert M. Nichols,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Corrick, Appellant.

Argued April 10, 1974. *John R. Cook,* Trial Defender, with him *John J. Dean,* and *George H. Ross,* Public Defender, for appellant; *Robert L. Eberhardt,* Assistant District Attorney, with him *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.